IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00379-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| EDMOND DONTA HOWZE | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant a reduction of sentence based on retroactive Amendment 750 to the United States Sentencing Guidelines relating to crack cocaine offenses. (Doc. No. 75).

The Court previously reduced the defendant's sentence based on Amendment 706. (Doc. No. 72: Order). Under Amendment 750, the guideline range has not been reduced further. (Doc. No. 74: Supplement to Presentence Report). Accordingly, he is not eligible for a sentence reduction under 18 U.S.C. § 3582(c). USSG §1B1.10(a).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: November 21, 2013

Robert J. Conrad, Jr.
United States District Judge